# Zeman & Womble, LLP

| | |
|---|---|
| Ken Womble | P  (718) 514 - 9100 |
| 20 Vesey St., Rm. 400 | F  (917) 210 - 3700 |
| New York, NY 10007 | womble@zemanwomblelaw.com |

WWW.ZEMANWOMBLELAW.COM

---

**VIA ECF & EMAIL**                                                                                    March 7, 2021

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Frank Ortiz,* 21 Cr. 126 (JPO)

Dear Judge Oetken,

    I submit this letter, on behalf of my client, Frank Ortiz, requesting a brief extension of time to allow satisfaction of bond conditions. Two of the required three co-signers for Mr. Ortiz' bond have completed the process. However, his mother, who speaks Spanish, has not yet been interviewed by the U.S. Attorney's Office. The paralegal assigned to this case has made diligent efforts to secure a Spanish interpreter to assist in conducting the interview, but has been unable to coordinate her schedule with that of the interpreter and with Ms. Ortiz. I expect that this issue will be resolved within the next few days.

    Therefore, I respectfully request that the Court allow an extension to this Friday, March 12, 2021, for us to satisfy this bond condition.

    Thank you for your consideration of this request.

Granted.
So ordered.
 3/8/2021

Respectfully,

/s/ Ken Womble
Counsel for Frank Ortiz

*J. PAUL OETKEN*
United States District Judge