g



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 31, 2021

**By ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Martinez et al.*, 21 Cr. 126 (JPO)

Dear Judge Berman:

The Government writes with the consent of all three defendants to request a 30-day adjournment of the conference scheduled for June 8, 2021 so that the parties can continue to discuss a pretrial resolution.

The Government further requests that the Court exclude time under the Speedy Trial Act until the new conference date so that the parties can continue to discuss a pretrial resolution and the defendants can review discovery. The defendants do not object to the exclusion of time.

> Granted. The June 8, 2021 pretrial conference is adjourned to July 12, 2021, at 12:00 pm.
> The Court hereby excludes time through July 12, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered: June 1, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

_____
J. PAUL OETKEN
United States District Judge

*/s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

cc:   Murray Richman, Esq., counsel for Joel Martinez (by ECF)
      Peter Neil Katz, Esq., counsel for Frank Ortiz (by ECF)
      Dawn M. Florio, Esq., counsel for Alex Harris (by ECF)